April 10, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James C. Jones, Jr.* for petitioners. *Mr. Bert E. Strubinger* for respondent.

No. 805. CAPETOLA ET AL. *v.* BARCLAY WHITE Co. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John J. McDevitt, Jr.* for petitioners.

No. 829. BAILEY *v.* ANDERSON, STATE HIGHWAY COMMISSIONER, ET AL. April 10, 1944. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. The application for a stay is also denied.

No. 687. GILLELAND *v.* UNITED STATES. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for the United States.

No. 688. BURT ET AL. *v.* UNITED STATES. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Edward G. Jennings* and *Shelby Fitze* for the United States.